## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE ENGLEHARDT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-3257 |
| | : | |
| OFFICER BRUCE RHODUNDA, Badge No. 71; OFFICER CHRIS IACONNA; OFFICER THOMAS LUNDQUIST, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION AND ORDER

It is hereby stipulated by the below counsel for the parties that, in light of the parties' need for additional time to complete discovery in this matter and in view of the parties' diligent efforts to conduct discovery to date, the timelines in the Court's Scheduling Order of June 15, 2020 (Doc. 16), shall be extended as follows:

1. Discovery deadline: January 29, 2021.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

   Plaintiff: December 4, 2020.

   Defendant: December 31, 2020.

3. Deadline for dispositive motions: February 22, 2021.

4. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

   Plaintiff: March 15, 2021.

   Defendant: March 29, 2021.

5. Date for trial or entry into trial pool: <u>April 12, 2021</u>.

| | |
|---|---|
| /s/ Jonathan H. Feinberg | /s/ Leticia J. Santiago |
| Jonathan H. Feinberg | Leticia J. Santiago |
| Kairys, Rudovsky, Messing, Feinberg & Lin LLP | William J. Ferren & Associates |
| 718 Arch St., Ste. 501 South | 10 Sentry Pkwy Ste 301 |
| Philadelphia, PA 19106 | Blue Bell, PA, 19422-2331 |
| (215) 925-4400 | (215) 274-1724 |
| jfeinberg@krlawphila.com | ljsantia@travelers.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**APRROVED BY THE COURT:**

 s/ Michael M. Baylson  Dated: 10/2/2020
**MICHAEL M. BAYLSON, J.**